FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 03 2011 ★

LONG ISLAND OFFICE

DISTRICT COURT OF THE COUNTY OF SUFFOLK
FIRST DISTRICT COURT--RONKONKOMA

---

DISCOVER,

          Plaintiff,

-against-

PAUL REDWOOD,

          Defendant.

---

REPLY AFFIRMATION

Index No. CEC 13065/2009

**CV 11 2150**

**COGAN, J.**

Edward J. Grossman, being duly affirmed, deposes and says under penalty of perjury as follows:

1. I am the attorney of record for the Plaintiff herein. As such I am fully familiar with the facts and circumstances of the case.

2. This is a collection matter in which the balance due is disputed.

3. Defendant has moved to strike this matter from the trial calendar. Defendant has done so because there has been no discovery.

That is all Defendant is seeking. Plaintiff's counsel erroneously appears to think that Defendant is seeking to strike her pleadings. That is not the case. Defendant is not imputing anything that would justify striking Plaintiff's pleadings. Defendant is only

asking that the case come off the trial calendar because it is not trial ready because it is not trial ready due to the lack of discovery.

Dated: May 3, 2011
      Smithtown, New York

                                      Edward J. Grossman Esq.
                                      Attorney for Defendant
                                      135 West Main Street
                                      Smithtown, New York 11787
                                      631-265-5864

Affirmation of Mailing

On May 3, 2011, I, Edward J. Grossman served the within Reply Affirmation on Plaintiff's attorney, Crystal Scott, @ Cohen and Slamowitz, LLP at their office located at 199 Crossway Park Drive, Post Office Box 9004, Woodbury, NY 11997-9004, by First Class Mail.

Affirmed: May 3, 2011

Edward J. Grossman