UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BRIAN MILLER,

                      Plaintiff,

-against-

RECOVERY OF JUDGMENT, LLC,
LAW OFFICE OF J. HENRY NIERMAN
A/K/A JOSEPH NIERMAN AND JOHN AND
JANE DOES NUMBERS 1 THROUGH 25,

                      Defendants.

-----------------------------------------------------------X

*CASE NO. CV 02150-BMC*

*WITHDRAWAL OF ACTION AND COUNTERCLAIM*

*JUSTICE ASSIGNED:*
*Hon. Brian M. Cogan*

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that Brian Miller, Joseph Nierman and Recovery of Judgment, LLC shall withdraw their respective complaint and counterclaim, thereby dismissing the action.

Dated: July 14, 2011

/s/ Edward J. Grossman
Edward J. Grossman, Esq.
Attorney for Plaintiff
Brian Miller
135 West Main Street
Smithtown, New York 11787
631-265-5864
EG 1655

Joseph Nierman, Pro se
Defendant
352 Seventh Avenue
New York, New York 10001

/s/ Barry C. Schneps
Barry C. Schneps, Esq.
Attorney for the Defendant
Recovery of Judgment, LLC
352 Seventh Avenue
New York, New York 10001
516-523-3803